IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 13, 2009

Charles R. Fulbruge III
Clerk

No. 08-10286

In The Matter Of: TRINITY MEADOWS RACEWAY INC

Debtor

_____

TRINITY MEADOWS RACEWAY INC

Appellant

v.

TEXAS RACING COMMISSION OF THE STATE OF TEXAS; R DYKE
ROGERS, In Capacity as former and acting chair of the Texas Racing
Commission of the State of Texas

Appellees

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:07-CV-670

_____

Before KING, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:*

    After having reviewed the briefs and the record, we AFFIRM for
essentially the reasons given by the learned bankruptcy judge in his
Memorandum Opinion entered on September 12, 2007.

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.